IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner | ) ) ) ) Case No. 8:25cv560 |
| v. | ) ) |
| BMO Bank, | ) ) |
| Respondent | ) ) |

**UNITED STATES' PETITION ENFORCE TO DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE SUMMONS**

COMES NOW the United States of America, acting through the Department of the Treasury, Internal Revenue Service, an agency thereof, by and through Lesley A. Woods, United States Attorney for the District of Nebraska, and Shereece Dendy-Sanders, Assistant United States Attorney, aver to this Court as follows:

1. Jurisdiction over this matter is conferred upon this Court by 26 U.S.C. §§ 7402 and 7604(a) and by 28 U.S.C. §§ 1340 and 1345.

2. Defendant, BMO Bank, has a principal place of business within the boundaries of this District.

3. Revenue Office Marissa Mossi ("Revenue Officer Mossi") is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Western Area of the Internal Revenue Service in San Jose, California.

4. Revenue Officer Mossi is conducting an investigation of John Bannister's federal income tax liabilities for tax year 2022. This is for a legitimate purpose. The

summons seeks information that the IRS does not already possess and that may be relevant to the investigation.

5. In her capacity as an IRS Revenue Officer, Revenue Officer Mossi, is authorized to issue IRS summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, 26 C.F.R. § 301.7602-15, and IRS Delegation Order No. 4 (as revised).

6. Pursuant to the above-described investigation, on November 21, 2024, Officer Mossi issued an IRS Administrative Summons to BMO directing BMO to appear before Revenue Officer Mossi on December 5, 2024 at 9:30 a.m., at the place identified in the summons. The summons directed BMO to appear and to give testimony and produce for examination certain books, papers, records, or other data as described in the summons.

7. Revenue Officer Mossi served an attested copy of the summons via certified mail to BMO Bank's Naperville, IL address on November 21, 2024.

8. Revenue Officer Mossi received signed certified mail receipts from BMO Bank indicating a delivery date of December 9, 2024.

9. No notice is required to be sent to John Bannister as the administrative summons issued does not allow the taxpayer rights to quash the summons under Internal Revenue Code 7609(c)(2)(d).

10. BMO Bank sent Revenue Officer Mossi an acknowledgment letter, dated December 12, 2024, stating that the request was received, but failed to provide further documentation.

11. BMO Bank also failed to appear on December 5, 2024, and has failed to comply with the summons.

12. On February 6, 2025, the IRS Office of Chief Counsel sent BMO Bank a "last chance" letter requesting BMO Banks' appearance at an appointment with Revenue Officer Mossi on February 17, 2025. BMO Bank did not appear.

13. On February 13, 2025, BMO Bank sent Revenue Officer Mossi an acknowledgement letter stating that the request was received, but they are unable to comply with the deadline provided, stating they will provide the records on or around February 28, 2025.

14. On February 25, 2025 Revenue Officer Mossi received an encrypted USB drive from BMO Bank. The USB drive is in a non-readable encrypted format and the IRS is unable to open, download, or read its contents, making BMO's compliance not valid.

15. The testimony and documents described in the summons are not already in the possession of the IRS.

16. All administrative steps required by the IRS for the issuance of the IRS summons have been followed.

17. The testimony, books, records, papers, and/or other data sought by the summons may be relevant to the IRS' investigation.

18. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d)(2) with respect to John Bannister for the years under investigation.

19. In order to obtain enforcement of a summons, the United States must establish that the summons: 1) is issued for a legitimate purpose; 2) seeks information relevant to that purpose; 3) seeks information that is not already within the IRS' possession;

and 4) satisfies all administrative steps required by the IRS. United States v. Powell, 379 U.S. 48, 57-58 (1964).

20. The attached Declaration of Revenue Officer Mossi establishes the government's prima facie showing under *Powell*.

WHEREFORE, the United States respectfully prays as follows:

A. That this Court enter an order directing the respondent to show cause in writing, if any, why it should not comply with and obey the aforementioned IRS summons and every requirement thereof;

B. That this Court enter an order directing the Respondent to fully obey the subject summons and each requirement thereof, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Officer Mossi, or any other proper officer or employees of the IRS, at such time and place as may be set by Revenue Officer or any other proper officer or employee of the IRS;

C. That the United States recover its costs incurred in maintaining this proceeding; and

D. That the Court grant such other and further relief as the court deems proper or justice may require.

                              LESLEY A. WOODS
                              United States Attorney

By:    s/ Shereece Dendy-Sanders
         SHEREECE DENDY-SANDERS, #24638
         Assistant U.S. Attorney
         1620 Dodge Street, Suite 1400
         Omaha, NE 68102-1506
         Tel: (402) 661-3700
         Fax: (402) 661-3081

Email: shereece.dendy-sanders@usdoj.gov