IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  **Petitioner,**<br>v.<br><br>BMO Bank,<br>                  **Respondent.** | 8:25cv560<br><br>**PARTIES' FIRST STATUS REPORT AND MOTION FOR STAY** |

      Pursuant to Filing No. 13, the Plaintiff provides its first status report to the Court. On November 18, 2025, the Court Ordered that all case deadlines are stayed for 60 days, and that on or before January 20, 2026, the Plaintiff shall file a status report regarding the status of the case (Filing No. 13).

      The Internal Revenue Service ("IRS") has reviewed the documents provided by BMO Bank ("BMO"). The review has led to further investigation. The IRS has requested additional documentation from BMO. BMO is working to gather the requested documents.

      In light of the intended progress and production in this matter, the Plaintiff seeks a stay of all deadlines. BMO's counsel consents to the proposed stay. The Plaintiff suggests that the Court order the Plaintiff to provide status reports every 90 days regarding the status of the case and whether the parties believe the stay should continue or be lifted.

January 20, 2026

                                                   UNITED STATES OF AMERICA,
                                                   Plaintiff,

                                                   LESLEY A. WOODS
                                                  United States Attorney
                                                  District of Nebraska

By: s/ Shereece Dendy-Sanders
SHEREECE DENDY-SANDERS, #24638
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 661-3081
Email: shereece.dendy-sanders@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

BMO Bank N.A.
Attn: Julie Aldort
Legal Department
320 S. Canal Street, Floor 7
Chicago, IL 60606
Julie.Aldort@bmo.com

s/ Shereece Dendy-Sanders
Assistant U.S. Attorney

2